IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MASON L. HUTTER,

    Plaintiff,

v.

ST. CROIX COUNTY CLERK OF COURTS OFFICE,

    Defendant.

ORDER

Case No. 16-cv-718-jdp

On December 1, 2016, this case was closed after plaintiff Mason L. Hutter failed to pay the $67.12 that was assessed to him as an initial partial payment for filing this case. Now, plaintiff has submitted a letter indicating he never received notice of the amount assessed to him as an initial partial payment for filing this case. Dkt. #8. I will construe plaintiff's letter as a motion to reopen his case. I will grant plaintiff's motion pending receipt of the $67.12 initial partial payment, which plaintiff may have until January 6, 2017, to submit.

ORDER

IT IS ORDERED that:

1. Plaintiff Mason L. Hutter may have until January 6, 2017, to submit a check or money order made payable to the clerk of court in the amount of $67.12 as the initial partial payment assessed in this case. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

2. If plaintiff complies with this deadline, plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915A. Otherwise, if plaintiff fails to make the initial partial payment or show cause for failure to do so, this case will remain closed.

Entered this 15th day of December, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge