IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MASON L. HUTTER,

    Plaintiff,

v.

SHELLY FOX, EDIE FERRILL,
JAYME FOLEY, ST. CROIX COUNTY,
AND ST. CROIX CLERK OF COURTS
OFFICE,

    Defendants.

Case No. 16-cv-718-jdp

MASON L. HUTTER,

    Plaintiff,

v.

RICK HUNEKE, PIERCE COUNTY,
AND NANCY HOVE,

    Defendants.

Case No. 18-cv-576-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |